U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB - 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GEORGE KOJO ASAMOAH | : | DOCKET NO. 07-cv-265 |
| | | Section P |
| | : | |
| VS. | : | JUDGE MINALDI |
| | | |
| WARDEN YOUNG | : | MAGISTRATE JUDGE KAY |

## J U D G M E N T

Petitioner George Kojo Asamoah filed a petition of *Habeas Corpus* to have this court review his continued detention in the custody of U.S. Immigration And Customs Enforcement. Prior to a ruling in this matter, Petitioner was removed by deportation on March 28, 2007.

Because Petitioner is no longer in federal custody this court lacks jurisdiction and the controversy is moot.

ACCORDINGLY,

IT IS ORDERED that the Motion to Dismiss is GRANTED, and that the Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __7__ day of February, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE