U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB 12 2008

ROBERT H. SHEMWELL, CLERK
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GEORGE KOJO ASAMOAH** | : | **DOCKET NO. 2:07 CV 265** |
| VS. | : | JUDGE MINALDI |
| WARDEN YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues,

IT IS ORDERED that the respondents' Motion to Dismiss [doc. 9] IS GRANTED.

IT IS FURTHER ORDERED that George Kojo Asamoah's *pro se* petition for writ of *habeas corpus* IS DENIED and DISMISSED as moot.

Lake Charles, Louisiana, this ___ day of February, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE